**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAFRAN AHMED,<br><br>     Petitioner,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>     Respondent. | No. 14-73176<br><br>Agency No. A206-498-945<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 9, 2017[**]

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Jafran Ahmed, a native and citizen of Bangladesh, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's order affirming the decision of an asylum officer during expedited removal

proceedings.  We dismiss the petition for review.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Ahmed's removal order because it was issued pursuant to 8 U.S.C. § 1225(b)(1)(B).  8 U.S.C. § 1252(a)(2)(A)(iii).  Ahmed does not challenge the removal order under any of the "strictly limited" exceptions in 8 U.S.C. § 1252(e) and our jurisdiction does not extend to his challenge to the validity of the expedited removal order.  *See* 8 U.S.C. § 1252(e)(2)(B) (challenge to whether alien was removed pursuant to 8 U.S.C. § 1225(b)(1) must be made in habeas corpus proceedings); *Pena v. Lynch*, 815 F.3d 452, 456 (9th Cir. 2015) (court lacks jurisdiction to review any constitutional or statutory claims related to the underlying expedited removal order).

Ahmed's motion to stay his removal is denied as moot.  The currently effective temporary stay of removal will expire upon the issuance of the mandate.

Ahmed's motion to stay the mandate is denied.

**PETITION FOR REVIEW DISMISSED.**